# In the United States Court of Appeals for the Fifth Circuit

---

No. 15-50606

KATHY CLARK, ET AL., PLAINTIFFS-APPELLEES

*v.*

CENTENE COMPANY OF TEXAS, L.P., DEFENDANT-APPELLANT

---

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF**

---

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rules 26.2 and 31.4, appellant Centene Company of Texas, L.P. respectfully requests a 30-day extension of time, to and including, October 21, 2015, within which to file its opening brief. Absent an extension, appellant's opening brief would be due on September 21, 2015.

1. Good cause exists for an extension because of prior commitments of counsel for appellant in other litigation. Between now and the proposed due date for appellant's brief, lead counsel for appellant will be responsible for presenting oral argument in the New York Court of Appeals in *New York* v. *Sprint Nextel Corp.*, No. 2014-152, on September 9, and in the United States Court of Appeals for the District of Columbia Circuit in *Scenic America, Inc.* v. *U.S. Department of Transportation*, No. 14-5195, on September

25. Lead counsel for appellant is also responsible for the preparation of numerous other briefs with proximate due dates, including a petition for a writ of certiorari in the United States Supreme Court in *Daiichi Sankyo, Inc.* v. *Apotex Inc.* (due September 8); the reply brief for the appellants in the United States Court of Appeals for the Second Circuit in *United States* v. *Bank of America, N.A.*, Civ. No. 15-496 (due September 2); and the reply brief for the appellant in the Indiana Court of Appeals in *Monarch Beverage Company, Inc.* v. *Cook*, No. 49A02-1504-PL-245 (due August 31). In addition, other counsel for appellant has a trial scheduled from August 18 to September 25 in Connecticut Superior Court in *Pursuit Partners, LLC* v. *UBS AG*, No. X10-UWY-CV-08-4033148-S, and will be entirely unavailable during that time period.

    2.    Appellant has filed no prior motion for an extension of time.

    3.    Counsel for appellant has consulted with opposing counsel, who does not oppose the proposed extension.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Kannon K. Shanmugam |
| MICHAEL J. GOLDEN | KANNON K. SHANMUGAM |
| BOULETTE & GOLDEN, LLP | MATTHEW B. NICHOLSON |
|   *2801 Via Fortuna, Suite 530* | LESLIE C. MAHAFFEY |
|   *Austin, TX 78746* | WILLIAMS & CONNOLLY LLP |
|  |   *725 Twelfth Street, N.W.* |
|  |   *Washington, DC 20005* |
|  |   *(202) 434-5000* |

AUGUST 13, 2015

## CERTIFICATE OF SERVICE

I hereby certify that, on August 13, 2015, a copy of the foregoing motion was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

                                                    s/ Kannon K. Shanmugam
                                                 KANNON K. SHANMUGAM